# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PASCUAL GARCIA-BERNABE, <br><br> Defendant. | 8:15CR337 <br><br> ORDER |

This matter is before the Court on the Request for Transcript, filed by non-party Saul Huerta, ECF No. 37.

The request for a transcript of the sentencing hearing of Pascual Garcia-Bernabe, held on March 28, 2016, is granted, provided Saul Huerta contacts Brenda Fauber, 118 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied.

IT IS ORDERED:

1. The Request for Transcript, filed by non-party Saul Huerta, ECF No. 37, is granted as to the transcript under the conditions described above, and otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to Saul Huerta at the address provided in ECF No. 37.

Dated this 16th day of May, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge